# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-1744
_____

JACARIE RUCKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Francis Allman, Jr., Judge.

December 18, 2023

PER CURIAM.

AFFIRMED.

BILBREY, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender; Megan Long and Jasmine Dixon, Assistant Public Defenders, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.